JOANNES BROTHERS COMPANY, Respondent, *v.* FEDERAL SUGAR REFINING COMPANY, Appellant.

*Contract — sale — action to rescind contract to purchase on ground of defect in quality.*

*Joannes Brothers Co.* v. *Federal Sugar Refining Co.*, 212 App. Div. 868, affirmed.

(Argued October 19, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to rescind a contract for the purchase of fine granulated sugar and to recover the purchase price on the ground that the sugar delivered was of an inferior quality.

*Ernest A. Bigelow* and *Harold D. Beatty* for appellant.

*George T. Hogg, John F. Martin* and *Gerald F. Clifford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Not voting: LEHMAN, J.